```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :         INFORMATION
                                  :
EDSON SALVIANO,                   :         07 CRIM. 811
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x
```



U.S. DISTRICT COURT FILED AUG 29 2007 S.D. W.P. OF N.Y.

COUNT ONE

The United States Attorney charges:

On or about January 25, 2007, in the Southern District of New York and elsewhere, EDSON SALVIANO, the defendant, unlawfully, willfully, and knowingly did possess compact discs and other materials that contained images of child pornography that had been mailed, and shipped, and transported in interstate or foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, compact discs containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

MICHAEL J. GARCIA
United States Attorney