# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA  :

v.  :  **07 CRIM. 811**

EDSON SALVIANO,  :

          Defendant.  :

------------------------------------- x

**EDSON SALVIANO,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(5)(B), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                        _____
                        Defendant

                        _____
                        Counsel for Defendant

Date:  White Plains, New York
       August **29**, 2007

