# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

December 20, 2007



BY HAND
The Honorable Stephen C. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Edson Salviano</u>
07 Cr. 811(SCR)

Dear Judge Robinson:

This letter is written to request a bail extension for Mr. Salviano for Christmas Eve. He respectfully requests that he be allowed to join family and friends at the home of Mr. Jose Scan, 127 North Seventy Street, Mt. Vernon, from 4:00 p.m. until midnight. The Government and Pretrial do not object to this request.

Your Prompt attention to this matter is most appreciated.

Sincerely Yours,

Susanne Brody

cc: Brent Wible, Esq.
    Assistant United States Attorney

    Mr. Vincent Adams, USPTO

    Mr. Edson Salviano

APPLICATION DENIED
HON. STEPHEN C. ROBINSON
12/20/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: